UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HANNIF BRYAN, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

Plaintiff,

– against –

SAMUEL YAKOBOWICZ (a/k/a SAMUEL JACOBY) (a/k/a SHMUEL YACOBOWICZ), MALIKA NURBEKOVA (a/k/a JULIE NURBEKOVA), GREENPOINT INDUSTRIAL SERVICES CORP., and SOLAR TRANSPORT, LLC,

Defendants.

Case No.: 1:24-cv-05126 (PKC)(JRC)

JACKSON AFFIDAVIT OF SAMUEL YAKOBOWICZ

**SAMUEL YAKOBOWICZ** affirms the following to be true and accurate under the penalty of perjury under the laws of the United States of America, except to those statements made upon information and belief:

1. I am a Defendant in the above-referenced matter and am fully familiar with all the facts and circumstances set forth herein. I am making this Jackson Affidavit in response to the Court's Order, dated May 30, 2025.

2. I am the President of Greenpoint Industrial Services Corp.

3. I understand that the Court's Order, dated May 15, 2025, instructed me to conduct a search for documents and records of the following:
    a. Plaintiff's schedules; and
    b. Plaintiff's electronically maintained timesheets.

4. I understand that the Court instructed Defendants to either produce said documents or, in the alternative, produce an affidavit confirming that they do not have any additional responsive documents.

5. Prior to the entry of this Order, I produced documents to my attorneys, Zabell & Collotta, P.C., in response to the Court's Order for initial pre-mediation discovery.

6. These documents included all payroll records, timesheets, and schedules within my possession, custody, and control.

7. I understand that my attorneys Bates-Stamped and redacted these documents and produced them to Plaintiff's counsel.

8. I was further instructed by my attorneys to turn over any additional documents after the Court's May 15, 2025 Order.

9. I conducted a thorough search for any other documents relating to Plaintiff's schedules and electronically maintained timesheets.

10. At the conclusion of my search, I confirmed that I am not in possession, custody, or control of any additional documents that match the above-referenced description.

11. I understand that this document may be filed in an action or proceeding in a court of law and hereby declare under the penalty of perjury that the foregoing is true and accurate tot the best of my knowledge, information, and belief.

Dated: _____, New York

June 3, 2025

_____
SAMUEL YAKOBOWICZ